IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOINT MARKETING INTERNATIONAL, ET AL. | § | |
| | § | CIVIL ACTION NO. 6:06cv471 |
| v. | | |
| | § | |
| WALGREEN CO., ET AL. | | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE AND PARTIAL ORDER
OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Joint Motion to Dismiss With Prejudice (document #123) be granted and that the claims against QVC, Inc. and any claims or counterclaims filed by QVC, Inc. against Plaintiffs be dismissed with prejudice. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Joint Motion to Dismiss With Prejudice (document #123) is **GRANTED**. All claims filed by Plaintiffs, Joint Marketing International, Inc. and Kun S. Change, against Defendant, QVC, Inc. are **DISMISSED** with prejudice and all claims and counterclaims, if any, filed by QVC, Inc. against Plaintiffs are **DISMISSED** with prejudice. It is further

**ORDERED** that all costs are taxed against the party incurring same and all relief not expressly granted herein is **DENIED**.

**So ORDERED and SIGNED this 31st day of March, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**